UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOHN L. PETEREC,

                Plaintiff,              **ORDER**

        -against-              08 Civ. 1626 (CLB)(GAY)

COUNTY OF SULLIVAN, et al.,

                Defendants.

----------------------------------------------------------------x

The conference scheduled for July 9, 2008 before the Honorable Charles L. Brieant is hereby cancelled. The undersigned will schedule a conference once defendants are served with the summons and complaint herein; plaintiff has filed an affidavit of service of the summons and complaint with the Clerk of the Court, and defendants have responded to the complaint; or the time to do so has expired. The Court will schedule the conference in the late afternoon to accommodate the plaintiff.

                        SO ORDERED:

Dated: June 26, 2008
White Plains, New York

                        GEORGE A. YANTHIS, U.S.M.J.