(DJ, my confirm: 0307 3330 0000 8353 8507)

8-21-08

**MEMO ENDORSED**

THE HONORABLE GEORGE A. YANTHIS
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
300 Quarropas Street
White Plains, N.Y. 10601

RECEIVED 2008 USDC-WP-SDNY

**MEMO ENDORSED**

Re: John L. Peteres v Kyle J. Kroeger, Joan Pugliesi, et al.,
08-civ-01626 (CLB)(GAY)

NEWLY FILED
DATE FILED:

Dear Judge Yanthis:

I am the Plaintiff in the above referenced case. Attorney for the defendant, Susan Anspach, (SAG968), Assistant Attorney General back in mid July had contacted me respectfully requesting an extension of time in which to answer my

①

Plaintiff may have 60 days to respond From receipt And reply by defendant in 10 days. SO ORDERED /s/ George A. Yanthis USMJ 8/29/08
of motions